O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA RUBENSTEIN, | Case No. CV 13-9549-JLS (KK) |
| Plaintiff, | |
| v. | REVISED ORDER ACCEPTING FINAL FINDINGS & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WHITTIER POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Complaint, original Report and Recommendation, final Report and Recommendation, Plaintiff's objections to the final Report and Recommendation filed February 17, 2016, and all relevant records. The Court has engaged in a <u>de novo</u> review of those portions of the original and final Report and Recommendations to which Plaintiff objected. The Court accepts the final findings and recommendation of the United States Magistrate Judge.

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: May 22, 2016  _____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE