JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA RUBENSTEIN,<br><br>   Plaintiff,<br><br>   v.<br><br>WHITTIER POLICE DEPARTMENT, et al.,<br><br>   Defendants. | Case No. CV 13-9549-JLS (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED this action is dismissed with prejudice.

DATED: May 22, 2016

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE